**Evaristo QUINTANAR–OLIVERA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–70608.**

United States Court of Appeals, Ninth Circuit.

Submitted April 17, 2012.*

Filed April 20, 2012.

Norberto J. Cisneros, Esquire, Maddox, Isaacson & Cisneros, LLP, Las Vegas, NV, for Petitioner.

Hillel Ryder Smith, Siu P. Wong, Esquire, U.S. Department of Justice, Washington, DC, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

MEMORANDUM **

Evaristo Quintanar–Olivera, a native and citizen of Mexico, petitions for review

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") order of deportation. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law. *Mohammed v. Gonzales,* 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

The agency properly deemed Quintanar–Olivera's application for adjustment of status abandoned after he failed to file the application by the deadline set by the IJ. *See* 8 C.F.R. § 1003.31(c) (authorizing IJ to set filing deadlines and deem waived any application not filed by the deadline).

The IJ did not err by issuing a decision without a further hearing. Both the IJ and BIA granted Quintanar–Olivera's request for voluntary departure, and there was no need for the IJ to rule on Quintanar–Olivera's motion to suppress because it was relevant only to his eligibility for the abandoned application.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.